Lumsden, constable, for use, etc., *v.* Lawrence *et al.*

Lumpkin, P. J. The judge's certificate does not unequivocally verify the bill of exceptions, and as a result the writ of error must be dismissed. See *Johnson* v. *Equitable Loan & Security Co.*, 113 *Ga.* 1153, and cases cited.

*Writ of error dismissed. All the Justices concurring.*

Argued October 9, — Decided November 8, 1901.

Motion to dismiss the writ of error.

*I. L. Oakes* and *J. J. Kimsey*, for plaintiff.
*H. H. Dean* and *J. C. Edwards*, for defendants.